AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Drain, Robert D. | 2. Court or Organization<br><br>Southern District of New York | 3. Date of Report<br><br>12/22/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States Bankruptcy Court, S.D.N.Y.
300 Quarropas St.
White Plains, New York 10601

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | American Bankruptcy Institute |
| 2. Board Member | National Conference of Bankruptcy Judges |
| 3. Adjunct Professor | Pace University School of Law |
| 4. Chair | Judicial Insolvency Network |
| 5. Trustee (See Investments and Trusts line 1111 and Part VIII) | ██████ Revocable Trust |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. Jan-Apr. | Pace Law School -- teaching | $10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 4/10 - 4/13 | Washington, D.C. | Speaker at bankruptcy education conference; board meeting | transportation, lodging, food |
| 2. | Practicing Law Institute | 4/22 | New York, NY | Speaker at bankruptcy education seminar | transportation, food |
| 3. | Hudson Valley Bankruptcy Bar Association | 5/31 | Poughkeepsie, NY | Speaker at mediation training seminar | transportation, food |
| 4. | Association of the Bar of the City of New York | 6/20 | New York, NY | Speaker on bankruptcy topic | transportation, food |
| 5. | Hudson Valley Bankruptcy Bar Association | 9/5 - 9/6 | Poughkeepsie, NY | Sepaker at bankruptcy education conference | transporation, lodging, food |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Drain, Robert D.** | 12/22/2021 |

| 6. | American Bankruptcy Institute | 9/19 - 9/20 | Washington, D.C. | Speaker at bankruptcy views from the bench program | transportation, lodging, food |
| 7. | Capital Region Bankruptcy Far Assn and The Central New York Bankruptcy Bar Assn | 10/25 -10/26 | Cooperstown, NY | Speaker at bankruptcy education conference | transportation, lodging, food |
| 8. | American Bankruptcy Institute | 10/30 - 11/2 | Washington, D.C. | Speaker at bankruptcy education conferences; board meeting | transportation, lodging, food |
| 9. | Federal Bar Council | 11/3 | New Paltz, NY | Speaker on bankrkuptcy topic | transportation, food |
| 10. | American Bankruptcy Institute | 11/7 | New York, NY | Speaker at bankruptcy education seminar | transportation, food |
| 11. | Association of Insolvency and Restructuring Advisors | 11/18 | New York, NY | Speaker at bankruptcy education conference | transportation, food |
| 12. | American Bankruptcy Institute | 12/5 -12/7 | Los Angeles, CA | Speaker at bankruptcy education conference; board meeting | transportation, food, lodging |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/22/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Citibank Account | A | Interest | | | Closed | 09/30/19 | J | | |
| 2.   Chase Account | A | Interest | K | T | | | | | |
| 3.   Acess Financial Account (Cash and Stock) | | None | | | Closed | 01/15/19 | J | | |
| 4.   -FifthThird Bancorp common | A | Dividend | J | T | | | | | |
| 5.   US Trust Managed Common Account (no control); see lines 5-141 | E | Int./Div. | P1 | T | | | | | |
| 6.   -Abbott Labs | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 7. | | | | | Sold (part) | 09/20/19 | J | | |
| 8. | | | | | Sold | 10/08/19 | J | | |
| 9. | | | | | Buy | 12/10/19 | J | | |
| 10.   -Abbvie | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 11. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 12.   -Abiomed Inc | A | Dividend | | | Sold | 12/19/19 | J | | |
| 13.   -Actvision Blizzard | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 14. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 15. | | | | | Sold (part) | 12/10/19 | J | | |
| 16.   -Adobe | A | Dividend | K | T | Buy | 01/14/19 | J | | |
| 17. | | | | | Buy (add'l) | 08/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 09/20/19 | J | | |
| 19. | | | | | Buy (add'l) | 12/10/19 | J | | |
| 20.    -Advanced Auto Parts | | None | J | T | Buy | 12/10/19 | J | | |
| 21.    -Advanced Mirco Devices | | None | J | T | Buy | 08/15/19 | J | | |
| 22. | | | | | Sold | 09/20/19 | J | | |
| 23. | | | | | Buy | 12/10/19 | J | | |
| 24.    -AES | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 25. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 26.    -Affiliated Managers Grp | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 27.    -Aflac | | None | | | Buy | 08/15/19 | J | | |
| 28. | | | | | Sold | 10/08/19 | J | | |
| 29.    -Air Prods & Chems | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 30.    -Akamai Technologies | | None | | | Buy | 10/08/19 | J | | |
| 31. | | | | | Sold | 12/10/19 | J | | |
| 32.    -Alaska Air Grp | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 33.    -Alexion Pharmaceuticals | | None | | | Buy | 08/15/19 | J | | |
| 34. | | | | | Sold | 09/20/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  -Align Technology | | None | J | T | Buy | 10/08/19 | J | | |
| 36.  -Allergan | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 37.  -Allstate | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 38. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 39.  -Alphabet Inc. CL C Com | | None | M | T | Sold<br>(part) | 01/14/19 | J | A | |
| 40. | | | | | Buy<br>(add'l) | 08/15/19 | J | | |
| 41. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 42.  -Alphabet Inc. CL A Com | | None | M | T | Sold<br>(part) | 06/10/19 | J | B | |
| 43. | | | | | Buy<br>(add'l) | 08/15/19 | J | | |
| 44. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 45.  -Altria Grp. | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 46. | | | | | Sold | 09/20/19 | J | | |
| 47. | | | | | Buy | 12/10/19 | J | | |
| 48.  -Amazon Com | | None | N | T | Sold<br>(part) | 02/26/19 | J | B | |
| 49. | | | | | Sold<br>(part) | 07/16/19 | J | D | |
| 50. | | | | | Buy<br>(add'l) | 08/15/19 | J | | |
| 51. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   -Amcor | | None | | | Buy | 08/15/19 | J | | |
| 53. | | | | | Sold | 09/20/19 | J | | |
| 54.   -American Airls Grp | | None | | | Buy | 08/15/19 | J | | |
| 55. | | | | | Sold | 10/08/19 | J | | |
| 56.   -American Elec Power | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 57. | | | | | Buy<br>(add'l) | 12/10/19 | J | | |
| 58.   -American Express | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 59. | | | | | Sold | 09/20/19 | J | | |
| 60. | | | | | Buy | 12/10/19 | J | | |
| 61.   -American Int'l Grp. | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 62. | | | | | Buy<br>(add'l) | 12/10/19 | J | | |
| 63.   -American Tower | | None | | | Buy | 08/15/19 | J | | |
| 64. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 65. | | | | | Sold | 12/03/19 | J | | |
| 66.   -Amerisourcebergen | A | Dividend | | | Buy | 08/15/19 | J | | |
| 67. | | | | | Sold | 09/20/19 | J | | |
| 68.   -Ametek | A | Dividend | J | T | Buy | 08/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | -Amgen | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 70. | | | | | | Sold | 09/20/19 | J | | |
| 71. | | | | | | Buy | 12/10/19 | J | | |
| 72. | -Analog Devices | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 73. | | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 74. | -Ansys | | None | J | T | Buy | 10/08/19 | J | | |
| 75. | -Anthem | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 76. | | | | | | Sold | 09/20/19 | J | | |
| 77. | | | | | | Buy | 12/10/19 | J | | |
| 78. | -Aon | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 79. | -Apache | | None | | | Buy | 08/15/19 | J | | |
| 80. | | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 81. | | | | | | Sold | 12/10/19 | J | | |
| 82. | -Apartment Invt & Mgmt | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 83. | | | | | | Buy<br>(add'l) | 12/10/19 | J | | |
| 84. | -Apple | B | Dividend | M | T | Sold<br>(part) | 01/14/19 | J | B | |
| 85. | | | | | | Buy<br>(add'l) | 08/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 87.  -Applied Matls | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 88.  -Aptiv PLC | | None | J | T | Sold (part) | 01/16/19 | J | A | |
| 89. | | | | | Sold (part) | 08/05/19 | J | C | |
| 90. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 91. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 92.  -Archer Daniels Midland | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 93. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 94.  -Arconic | | None | | | Buy | 08/15/19 | J | | |
| 95. | | | | | Sold | 10/08/19 | J | | |
| 96.  -AT&T | A | Dividend | J | T | Open | 06/25/19 | K | | |
| 97. | | | | | Sold (part) | 07/24/19 | K | A | |
| 98. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 99.  -Autodesk | | None | | | Buy | 09/20/19 | J | | |
| 100. | | | | | Sold | 10/08/19 | J | | |
| 101.  -Automatic Data Processing | | None | | | Buy | 08/15/19 | J | | |
| 102. | | | | | Sold | 09/20/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. -AvalonBay Cmntys | | None | | | Buy | 10/08/19 | J | | |
| 104. | | | | | Sold | 12/10/19 | J | | |
| 105. -Avery Dennison | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 106. -Baker Hughes | | | | | Buy | 08/15/19 | J | | |
| 107. | | | | | Sold | 09/20/19 | J | | |
| 108. -Ball | A | Distribution | J | T | Buy | 08/15/19 | J | | |
| 109. | | | | | Sold | 09/20/19 | J | | |
| 110. | | | | | Buy | 12/10/19 | J | | |
| 111. -Bank of NY Mellon | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 112. | | | | | Sold | 10/08/19 | J | | |
| 113. | | | | | Buy | 12/10/19 | J | | |
| 114. -Baxter Int'l | | None | | | Buy | 08/15/19 | J | | |
| 115. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 116. | | | | | Sold | 12/10/19 | J | | |
| 117. -BB&T Corp. | A | Dividend | J | T | Sold | 01/14/19 | J | A | |
| 118. | | | | | Buy | 08/15/19 | J | | |
| 119. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Becton Dickinson | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 121. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 122.  -Berkshire Hathaway Cl B | | None | K | T | Buy | 08/15/19 | J | | |
| 123. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 124.  -Best Buy | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 125. | | | | | Sold | 09/20/19 | J | | |
| 126. | | | | | Buy | 12/10/19 | J | | |
| 127.  -Biogen | | None | | | Buy | 09/20/19 | J | | |
| 128. | | | | | Sold | 10/08/19 | J | | |
| 129.  -Blackrock Inc. | A | Dividend | J | T | Buy | 02/26/19 | J | | |
| 130. | | | | | Buy (add'l) | 02/27/19 | J | | |
| 131. | | | | | Sold (part) | 08/05/19 | J | A | |
| 132. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 133.  -Block, H & R | | None | | | Buy | 09/20/19 | J | | |
| 134. | | | | | Sold | 10/08/19 | J | | |
| 135.  -Boeing | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 136. | | | | | Buy (add'l) | 10/08/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Sold<br>(part) | 12/10/19 | J | | |
| 138. -Booking Hldgs | | None | K | T | Sold<br>(part) | 01/14/19 | J | B | |
| 139. -Boston Properties | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 140. -Boston Scientific | | None | K | T | Buy<br>(add'l) | 08/15/19 | J | | |
| 141. | | | | | Sold<br>(part) | 10/08/19 | J | | |
| 142. -Borg Warner | | None | | | Buy | 09/20/19 | J | | |
| 143. | | | | | Sold | 10/08/19 | J | | |
| 144. -Bristol Myers Squibb | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 145. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 146. -Broadcom Inc. | A | Dividend | J | T | Buy<br>(add'l) | 01/16/19 | J | | |
| 147. | | | | | Buy<br>(add'l) | 02/26/19 | J | | |
| 148. | | | | | Sold<br>(part) | 08/05/19 | J | B | |
| 149. | | | | | Buy<br>(add'l) | 08/15/19 | J | | |
| 150. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 151. -Brown Forman | | None | | | Buy | 09/20/19 | J | | |
| 152. | | | | | Sold | 10/08/19 | J | | |
| 153. -Cabot Oil & Gas | | None | | | Buy | 08/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 155. | | | | | Sold | 12/10/19 | J | | |
| 156.  -Cadence Design System | | None | | | Buy | 08/15/19 | J | | |
| 157. | | | | | Sold | 09/20/19 | J | | |
| 158.  -Campbell Soup | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 159.  -Capital One Finl | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 160.  -Capri Hldgs | | None | J | T | Buy | 10/08/19 | J | | |
| 161.  -Cardinal Health | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 162. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 163.  -Carmax | | None | J | T | Buy | 08/15/19 | J | | |
| 164. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 165.  -Carnival | | None | | | Buy | 08/15/19 | J | | |
| 166. | | | | | Sold | 10/08/19 | J | | |
| 167.  -Caterpillar | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 168. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 169.  -CBOE Hldgs | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 170.  -CBRE Grp | | None | | | Buy | 08/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 10/08/19 | J | | |
| 172. -CBS | | None | | | Buy | 08/15/19 | J | | |
| 173. | | | | | Sold | 09/20/19 | J | | |
| 174. -CDW | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 175. -Celanese Corp | | None | | | Buy | 09/20/19 | J | | |
| 176. | | | | | Sold | 10/08/19 | J | | |
| 177. -Celgene | | None | | | Buy | 08/15/19 | J | | |
| 178. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 179. -Centene | | None | | | Buy | 08/15/19 | J | | |
| 180. | | | | | Sold | 09/20/19 | J | | |
| 181. -Centerpoint Energy | | None | | | Buy | 10/08/19 | J | | |
| 182. | | | | | Sold | 12/10/19 | J | | |
| 183. -Centurylink | | None | | | Buy | 08/15/19 | J | | |
| 184. | | | | | Sold | 10/08/19 | J | | |
| 185. -Cerner | | None | | | Buy | 08/15/19 | J | | |
| 186. | | | | | Sold | 09/20/19 | J | | |
| 187. -CF Inds Hldgs | A | Dividend | | | Buy | 08/15/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 10/08/19 | J | | |
| 189.  -C H Robinson Worldwide | | None | | | Buy | 10/08/19 | J | | |
| 190. | | | | | Sold | 12/10/19 | J | | |
| 191.  -Charter Communications | | None | J | T | Buy | 10/08/19 | J | | |
| 192.  -Chevron | A | Dividend | J | T | Buy | 05/31/19 | J | | |
| 193. | | | | | Sold (part) | 08/05/19 | J | A | |
| 194. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 195. | | | | | Sold | 10/08/19 | J | | |
| 196. | | | | | Buy | 12/10/19 | J | | |
| 197.  -Chubb Ltd. | | None | | | Buy | 08/15/19 | J | | |
| 198. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 199. | | | | | Sold | 12/10/19 | J | | |
| 200.  -Cigna | A | Dividend | J | T | Open | 06/25/19 | J | | |
| 201. | | | | | Sold | 07/24/19 | J | | |
| 202. | | | | | Buy | 09/20/19 | J | | |
| 203. | | | | | Sold | 10/08/19 | J | | |
| 204. | | | | | Buy | 12/10/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.   -Cincinnati Finl | | None | | | Buy | 09/20/19 | J | | |
| 206. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 207. | | | | | Sold | 12/10/19 | J | | |
| 208.   -Cintas | A | Dividend | | | Buy | 10/08/19 | J | | |
| 209. | | | | | Sold | 12/10/19 | J | | |
| 210.   -Cisco Sys | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 211. | | | | | Sold | 09/20/19 | J | | |
| 212. | | | | | Buy | 12/10/19 | J | | |
| 213.   -Citigroup | A | Dividend | K | T | Buy (add'l) | 02/26/19 | J | | |
| 214. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 215. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 216.   -Citizens Finl. Grp. | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 217.   -Citrix Sys | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 218.   -Clorox | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 219.   -CME Grp. | | None | | | Buy | 08/15/19 | J | | |
| 220. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 221. | | | | | Sold | 12/10/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222.   -CMS Energy | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 223. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 224. | | | | | Sold<br>(part) | 12/10/19 | J | | |
| 225.   -Coca Cola | A | Dividend | J | T | Sold<br>(part) | 01/14/19 | J | A | |
| 226. | | | | | Buy<br>(add'l) | 08/15/19 | J | | |
| 227. | | | | | Buy<br>(add'l) | 09/20/19 | J | | |
| 228. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 229.   -Cognizant Technology | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 230.   -Colgate Palmolive | A | Dividend | | | Buy | 08/15/19 | J | | |
| 231. | | | | | Sold<br>(part) | 09/20/19 | J | | |
| 232. | | | | | Sold | 12/10/19 | J | | |
| 233.   -Col. Dividend Income FD Cl. Z | B | Int./Div. | L | T | | | | | |
| 234.   -Col. Select Large Cap Growth FD Cl. Z | D | Distribution | M | T | | | | | |
| 235.   -Comcast Corp. | B | Dividend | M | T | Buy | 08/15/19 | J | | |
| 236. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 237. | | | | | Sold<br>(part) | 12/10/19 | J | | |
| 238.   -Comerica | A | Dividend | J | T | Buy | 08/15/19 | J | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 240.  -Conagra | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 241. | | | | | Sold<br>(part) | 10/08/19 | J | | |
| 242. | | | | | Buy | 12/10/19 | J | | |
| 243.  -Concho Res Inc. | | None | | | Buy | 08/15/19 | J | | |
| 244. | | | | | Sold | 10/08/19 | J | | |
| 245.  -Conoco Phillips | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 246. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 247.  -Consolidated Edison | A | Dividend | J | T | Buy | 12/10/19 | J | | |
| 248.  -Constellation Brands Inc | A | Dividend | J | T | Buy<br>(add'l) | 10/08/19 | J | | |
| 249. | | | | | Sold<br>(part) | 12/10/19 | J | | |
| 250.  -Copart | | None | J | T | Buy | 09/20/19 | J | | |
| 251. | | | | | Sold | 10/08/19 | J | | |
| 252. | | | | | Buy | 12/10/19 | J | | |
| 253.  -Corning | | None | | | Buy | 08/15/19 | J | | |
| 254. | | | | | Sold | 09/20/19 | J | | |
| 255.  -Corteva | | None | | | Buy | 08/15/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold (part) | 09/20/19 | J | | |
| 257. | | | | | Sold | 10/08/19 | J | | |
| 258.  -Costco Whlsl | A | Dividend | K | T | Buy | 08/15/19 | J | | |
| 259. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 260.  -Coty | | None | | | Buy | 09/20/19 | J | | |
| 261. | | | | | Sold | 10/08/19 | J | | |
| 262.  -Crown Castle Intl | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 263. | | | | | Sold | 10/08/19 | J | | |
| 264. | | | | | Buy | 12/10/19 | J | | |
| 265.  -CSX | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 266. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 267.  -Cummins | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 268.  -CVS Health | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 269. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 270.  -Danaher | A | Dividend | K | T | Sold (part) | 01/14/19 | J | A | |
| 271. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 272. | | | | | Buy (add'l) | 10/08/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273.  -Darden Restraurants | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 274. | | | | | Buy<br>(add'l) | 12/10/19 | J | | |
| 275.  -Davita | | None | | | Buy | 09/20/19 | J | | |
| 276. | | | | | Sold | 10/08/19 | J | | |
| 277.  -Deere & Co | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 278. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 279. | | | | | Sold<br>(part) | 12/10/19 | J | | |
| 280.  -Delta Air Lines | | None | | | Buy | 08/15/19 | J | | |
| 281. | | | | | Sold | 10/08/19 | J | | |
| 282.  -Dentsply Sirona | | None | | | Buy | 08/15/19 | J | | |
| 283. | | | | | Sold | 09/20/19 | J | | |
| 284.  -Devon Energy | | None | | | Buy | 08/15/19 | J | | |
| 285. | | | | | Sold | 10/08/19 | J | | |
| 286.  -Diamondback Energy | | None | | | Buy | 10/08/19 | J | | |
| 287. | | | | | Sold | 12/10/19 | J | | |
| 288.  -Digital Rlty Tr | | None | | | Buy | 10/08/19 | J | | |
| 289. | | | | | Sold | 12/10/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -Discover Fin. Grp. | | None | | | Buy | 08/15/19 | J | | |
| 291. | | | | | Sold | 10/08/19 | J | | |
| 292. -Discovery | | None | J | T | Buy | 08/15/19 | J | | |
| 293. | | | | | Sold (part) | 09/20/19 | J | | |
| 294. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 295. -Dish Network | | None | J | T | Buy | 08/15/19 | J | | |
| 296. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 297. -Disney Walt Co. | A | Dividend | K | T | Sold (part) | 06/10/19 | J | B | |
| 298. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 299. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 300. -D R Horton | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 301. | | | | | Buy (add'l) | 12/10/19 | J | | |
| 302. -Dollar Gen. | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 303. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 304. | | | | | Sold (part) | 12/10/19 | J | | |
| 305. -Dollar Tree | | None | | | Buy | 08/15/19 | J | | |
| 306. | | | | | Sold | 12/10/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307. -Dominion Energy | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 308. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 309. -Dow | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 310. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 311. -DTI Energy | A | Dividend | J | T | Buy | 12/10/19 | J | | |
| 312. -Duke Energy | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 313. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 314. | | | | | Sold<br>(part) | 12/10/19 | J | | |
| 315. -Duke Realty | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 316. -Dupont de Nemours | | None | | | Buy | 08/15/19 | J | | |
| 317. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 318. | | | | | Sold | 12/10/19 | J | | |
| 319. -DXC Technology | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 320. -Eastman Chem | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 321. -Eaton Corp PLC | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 322. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 323. -Ebay | A | Dividend | J | T | Buy | 08/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold (part) | 09/20/19 | J | | |
| 325. | | | | | Sold | 10/08/19 | J | | |
| 326. | | | | | Buy | 12/10/19 | J | | |
| 327. -Ecolab | | None | | | Buy | 08/15/19 | J | | |
| 328. | | | | | Sold | 09/20/19 | J | | |
| 329. -Edison Intl | | None | | | Buy | 08/15/19 | J | | |
| 330. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 331. | | | | | Sold | 12/10/19 | J | | |
| 332. -Edwards Life Sciences | | None | J | T | Buy | 08/15/19 | J | | |
| 333. -Electronic Arts | | None | J | T | Buy | 08/15/19 | J | | |
| 334. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 335. -Emerson Elec | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 336. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 337. -Entergy | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 338. -EOG Res | A | Dividend | K | T | Sold (part) | 01/14/19 | J | A | |
| 339. | | | | | Sold (part) | 08/05/19 | J | | |
| 340. | | | | | Buy (add'l) | 10/08/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341.  -Equifax | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 342.  -Equity Residential | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 343.  -Etrade Finl | A | Dividend | | | Buy | 08/15/19 | J | | |
| 344. | | | | | Sold | 10/08/19 | J | | |
| 345.  -Eversource Energy | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 346. | | | | | Buy<br>(add'l) | 12/10/19 | J | | |
| 347.  -Exelon | | None | | | Buy | 08/15/19 | J | | |
| 348. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 349. | | | | | Sold | 12/10/19 | J | | |
| 350.  -Expedia Grp | | None | | | Buy | 10/08/19 | J | | |
| 351. | | | | | Sold | 12/10/19 | J | | |
| 352.  -Expeditors Intl Washington | | None | | | Buy | 09/20/19 | J | | |
| 353. | | | | | Sold | 10/08/19 | J | | |
| 354.  -Extra Space Storage | A | Dividend | J | T | Buy | 12/10/19 | J | | |
| 355.  -Exxon Mobil | C | Dividend | L | T | Open | 06/25/19 | J | | |
| 356. | | | | | Buy<br>(add'l) | 08/15/19 | J | | |
| 357. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 358. | | | | | Sold<br>(part) | 12/10/19 | J | | |
| 359. -Facebook | | None | K | T | Sold<br>(part) | 01/14/19 | J | A | |
| 360. | | | | | Buy<br>(add'l) | 08/15/19 | J | | |
| 361. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 362. -Fastenal | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 363. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 364. -Federal Realty Inv. | A | Dividend | J | T | Buy | 12/10/19 | J | | |
| 365. -Fedex | | None | | | Buy | 08/15/19 | J | | |
| 366. | | | | | Sold | 09/20/19 | J | | |
| 367. -Fidelity Nat'l Information Svcs | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 368. | | | | | Buy<br>(add'l) | 09/20/19 | J | | |
| 369. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 370. -F5 Networks | | None | J | T | Buy | 10/08/19 | J | | |
| 371. -Fifth Third Bancorp. | | | | | Open | 08/15/19 | J | | |
| 372. | | | | | Sold | 10/08/19 | J | | |
| 373. -FirstEnergy | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 374. -First Rep. Bk San Francisco | A | Dividend | | | Buy | 08/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold | 10/08/19 | J | | |
| 376. -Fiserv | | None | J | T | Buy | 08/15/19 | J | | |
| 377. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 378. -Flowserve | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 379. -FMC Corp | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 380. -Ford Motor | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 381. | | | | | Sold | 10/08/19 | J | | |
| 382. | | | | | Buy | 12/10/19 | J | | |
| 383. -Fortinet | | None | | | Buy | 09/20/19 | J | | |
| 384. | | | | | Sold | 10/08/19 | J | | |
| 385. -Fortive | A | Dividend | J | T | Sold (part) | 01/14/19 | J | A | |
| 386. | | | | | Sold (part) | 09/20/19 | J | | |
| 387. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 388. -Fortune Brands Home & Sec | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 389. -Fox Cl A | | None | | | Buy | 08/15/19 | J | | |
| 390. | | | | | Sold | 09/20/19 | J | | |
| 391. -Fox Cl B | | None | | | Buy | 09/20/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold | 10/08/19 | J | | |
| 393.  -Franklin Res. Inc. | | None | | | Buy | 08/15/19 | J | | |
| 394. | | | | | Sold | 10/08/19 | J | | |
| 395.  -Freeport-McMoran | | None | | | Buy | 08/15/19 | J | | |
| 396. | | | | | Sold | 10/08/19 | J | | |
| 397.  Gallagher Arthur J & Co. | | None | | | Buy | 08/15/19 | J | | |
| 398. | | | | | Sold | 10/08/19 | J | | |
| 399.  -Gap | | None | | | Buy | 09/20/19 | J | | |
| 400. | | | | | Sold | 10/08/19 | J | | |
| 401.  -Gen. Dynamics | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 402. | | | | | Sold | 10/08/19 | J | | |
| 403. | | | | | Buy | 12/10/19 | J | | |
| 404.  -Gen. Elec. | A | Dividend | J | T | Open | 06/25/19 | J | | |
| 405. | | | | | Sold | 07/24/19 | J | | |
| 406. | | | | | Buy | 10/08/19 | J | | |
| 407.  Gen'l Mills | | None | | | Buy | 08/15/19 | J | | |
| 408. | | | | | Buy (add'l) | 10/08/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Sold | 12/10/19 | J | | |
| 410. -Gen'l Motors | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 411. | | | | | Sold | 09/20/19 | J | | |
| 412. | | | | | Buy | 12/10/19 | J | | |
| 413. -Gilead Sciences | A | Dividend | J | T | Sold | 08/05/19 | J | | |
| 414. | | | | | Buy | 09/20/19 | J | | |
| 415. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 416. -Global Payments | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 417. -Goldman Sachs Grp. | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 418. | | | | | Sold | 10/08/19 | J | | |
| 419. | | | | | Buy | 12/10/19 | J | | |
| 420. -Halliberton | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 421. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 422. -HanesBrands | | None | | | Buy | 08/15/19 | J | | |
| 423. | | | | | Sold | 10/08/19 | J | | |
| 424. -Harley Davidson | A | Dividend | J | T | Buy | 09/20/19 | J | | |
| 425. | | | | | Buy (add'l) | 10/08/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 426.  -Hartford Finl Servcs Grp. | | None | | | Buy | 08/15/19 | J | | |
| 427. | | | | | Sold | 10/08/19 | J | | |
| 428.  -HCA Hldgs | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 429. | | | | | Sold | 09/20/19 | J | | |
| 430. | | | | | Buy | 12/10/19 | J | | |
| 431.  -HCP | | None | J | T | Buy | 08/15/19 | J | | |
| 432. | | | | | Buy | 09/20/19 | J | | |
| 433.  -Healthpeak Pptys | A | Dividend | J | T | Buy | 12/10/19 | J | | |
| 434.  -Helmerich & Payne | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 435.  -Hershey | | None | | | Buy | 09/20/19 | J | | |
| 436. | | | | | Sold | 12/10/19 | J | | |
| 437.  -Hess Corp. | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 438.  -Hewlett Packard Ent | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 439. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 440.  -Hilton Worldwide | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 441. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 442.  -Hollyfrontier | | None | | | Buy | 10/08/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 443. | | | | | Sold | 12/10/19 | J | | |
| 444.  -Hologic | | None | | | Buy | 08/15/19 | J | | |
| 445. | | | | | Sold<br>(part) | 09/20/19 | J | | |
| 446. | | | | | Sold | 10/08/19 | J | | |
| 447.  -Home Depot | A | Dividend | K | T | Sold<br>(part) | 01/14/19 | J | A | |
| 448. | | | | | Buy<br>(add'l) | 08/15/19 | J | | |
| 449. | | | | | Buy<br>(add'l) | 09/20/19 | J | | |
| 450. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 451. | | | | | Sold<br>(part) | 12/10/19 | J | | |
| 452.  -Honeywell | B | Dividend | M | T | Open | 06/25/19 | M | | |
| 453. | | | | | Buy<br>(add'l) | 09/20/19 | J | | |
| 454. | | | | | Sold<br>(part) | 10/08/19 | J | | |
| 455. | | | | | Buy<br>(add'l) | 12/10/19 | J | | |
| 456.  -Hormel Foods | A | Dividend | J | T | Buy | 12/10/19 | J | | |
| 457.  -HP Inc. | | None | | | Buy | 08/15/19 | J | | |
| 458. | | | | | Sold | 09/20/19 | J | | |
| 459.  -Host Hotels & Resorts | A | Dividend | J | T | Buy | 10/08/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. -Humana | | None | | | Buy | 08/15/19 | J | | |
| 461. | | | | | Sold | 09/20/19 | J | | |
| 462. -Huntington Bancshares | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 463. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 464. -Idexx Labs | | None | | | Buy | 10/08/19 | J | | |
| 465. | | | | | Sold | 12/10/19 | J | | |
| 466. -IHS Markit Ltd | | None | J | T | Buy | 08/15/19 | J | | |
| 467. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 468. -Illinois Tool Wks | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 469. -Illumina | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 470. -Incyte Corp. | | None | | | Buy | 09/20/19 | J | | |
| 471. | | | | | Sold | 10/08/19 | J | | |
| 472. -Intel | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 473. | | | | | Buy (add'l) | 09/20/19 | J | | |
| 474. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 475. -Intercontinental Exchange | A | Dividend | K | T | Sold (part) | 01/14/19 | J | A | |
| 476. | | | | | Buy (add'l) | 08/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐　　NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 477. | | | | | Buy<br>(add'l) | 09/20/19 | J | | |
| 478. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 479.　-IBM | | None | | | Buy | 08/15/19 | J | | |
| 480. | | | | | Buy<br>(add'l) | 09/20/19 | J | | |
| 481. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 482. | | | | | Sold | 12/10/19 | J | | |
| 483.　-International Flavors & Fragrance | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 484.　-International Paper | | None | | | Buy | 08/15/19 | J | | |
| 485. | | | | | Sold | 10/08/19 | J | | |
| 486.　-Interpublic Grp | | None | | | Buy | 08/15/19 | J | | |
| 487. | | | | | Sold | 10/08/19 | J | | |
| 488.　-Intuit | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 489. | | | | | Sold | 09/20/19 | J | | |
| 490. | | | | | Buy | 12/10/19 | J | | |
| 491.　-Intuitive Surgical | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 492.　-Invesco | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 493.　-Iqvia Hldgs | | None | | | Buy | 08/15/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1　Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2　Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3　Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Sold | 09/20/19 | J | | |
| 495.  -Iron Mountain | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 496. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 497. | | | | | Buy (add'l) | 12/10/19 | J | | |
| 498.  -Johnson & Johnson | A | Dividend | K | T | Sold (part) | 01/14/19 | J | A | |
| 499. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 500. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 501.  -Johnson Controls | | None | | | Buy | 08/15/19 | J | | |
| 502. | | | | | Buy (add'l) | 09/20/19 | J | | |
| 503. | | | | | Sold (part) | 10/08/19 | J | | |
| 504. | | | | | Sold (part) | 12/10/19 | J | | |
| 505.  -JPMorgan Chase | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 506. | | | | | Buy (add'l) | 09/20/19 | J | | |
| 507. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 508.  -Juniper Networks | | None | | | Buy | 08/15/19 | J | | |
| 509. | | | | | Sold | 09/20/19 | J | | |
| 510.  -Kansas City Southern | A | Dividend | J | T | Buy | 10/08/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511.  -Kellogg Co. | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 512. | | | | | Buy (add'l) | 12/10/19 | J | | |
| 513.  -Keycorp New | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 514. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 515.  -Keysight Technologies | | None | J | T | Buy | 08/15/19 | J | | |
| 516.  -Kimberly Clark | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 517. | | | | | Sold | 09/20/19 | J | | |
| 518. | | | | | Buy | 12/10/19 | J | | |
| 519.  -Kimco Realty | A | Dividend | J | T | Buy | 09/20/19 | J | | |
| 520.  -Kinder Morgan | | None | | | Buy | 08/15/19 | J | | |
| 521. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 522. | | | | | Sold | 12/10/19 | J | | |
| 523.  -KLA-Tencor | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 524.  -Kohls | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 525.  -Kraft Heinz | A | Dividend | J | T | Sold (part) | 07/24/19 | J | A | |
| 526. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 527. | | | | | Buy (add'l) | 10/08/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Drain, Robert D. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. -Kroger | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 529. | | | | | Buy (add'l) | 09/20/19 | J | | |
| 530. | | | | | Sold (part) | 10/08/19 | J | | |
| 531. -Laboratory Corp Am. Hldgs | | None | J | T | Buy | 10/08/19 | J | | |
| 532. -Lam Research | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 533. -Lamb Weston Hldgs | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 534. -Las Vegas Sands | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 535. -Lauder Estee Cos. | A | Dividend | J | T | Buy (add'l) | 09/20/19 | J | | |
| 536. -L Brands | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 537. | | | | | Sold | 09/20/19 | J | | |
| 538. | | | | | Buy | 12/10/19 | J | | |
| 539. -Leggett & Platt | | None | | | Buy | 08/15/19 | J | | |
| 540. | | | | | Sold | 10/08/19 | J | | |
| 541. -Lennar | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 542. | | | | | Buy (add'l) | 12/10/19 | J | | |
| 543. -Lilly Eli & Co | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 544. | | | | | Buy (add'l) | 09/20/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 545. | | | | | Sold | 10/08/19 | J | | |
| 546. | | | | | Buy | 12/10/19 | J | | |
| 547.  -Lincoln Nat'l | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 548. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 549.  -Linde PLC | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 550. | | | | | Sold | 10/08/19 | J | | |
| 551. | | | | | Buy | 12/10/19 | J | | |
| 552.  -Lockhead Martin | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 553.  -Lowes Cos. | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 554. | | | | | Buy<br>(add'l) | 09/20/19 | J | | |
| 555. | | | | | Sold<br>(part) | 10/08/19 | J | | |
| 556. | | | | | Buy<br>(add'l) | 12/10/19 | J | | |
| 557.  -L3Harris Technologies | | None | | | Buy | 10/08/19 | J | | |
| 558. | | | | | Sold | 12/10/19 | J | | |
| 559.  -Macerich | A | Dividend | J | T | Buy | 12/10/19 | J | | |
| 560.  -Macy's | A | Dividend | J | T | Buy | 12/10/19 | J | | |
| 561.  -Marathon Oil | A | Dividend | | | Buy | 08/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 562. | | | | | Sold | 10/08/19 | J | | |
| 563.  -Marathon Pete | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 564. | | | | | Buy<br>(add'l) | 09/20/19 | J | | |
| 565. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 566.  -Marriott Int'l | A | Dividend | | | Buy | 08/15/19 | J | | |
| 567. | | | | | Sold | 09/20/19 | J | | |
| 568.  -Marsh & McLennan Cos. | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 569. | | | | | Sold | 10/08/19 | J | | |
| 570. | | | | | Buy | 12/10/19 | J | | |
| 571.  -Martin Marietta Matls | A | Dividend | J | T | Buy | 12/10/19 | J | | |
| 572.  -Masco | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 573. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 574.  -Mastercard | A | Dividend | L | T | Sold<br>(part) | 01/14/19 | J | D | |
| 575. | | | | | Buy<br>(add'l) | 08/15/19 | J | | |
| 576. | | | | | Buy<br>(add'l) | 09/20/19 | J | | |
| 577. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 578.  -McCormick & Co | A | Dividend | J | T | Buy | 10/08/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579.  -McDonalds | A | Dividend | | | Buy | 08/15/19 | J | | |
| 580. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 581. | | | | | Sold | 12/10/19 | J | | |
| 582.  -McKesson | | None | | | Buy | 08/15/19 | J | | |
| 583. | | | | | Sold | 09/20/19 | J | | |
| 584.  -Medtronic | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 585. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 586.  -Merck & Co | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 587. | | | | | Sold (part) | 09/20/19 | J | | |
| 588. | | | | | Buy (add'l) | 12/10/19 | J | | |
| 589.  -Metlife | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 590. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 591.  -MFS Value FD Cl 1 | B | Int./Div. | M | T | | | | | |
| 592.  -MGM Resorts | | None | | | Buy | 08/15/19 | J | | |
| 593. | | | | | Buy (add'l) | 09/20/19 | J | | |
| 594. | | | | | Sold | 10/08/19 | J | | |
| 595.  -Microchip Technology | A | Dividend | J | T | Buy | 08/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. -Micron Technology | | None | J | T | Buy | 08/15/19 | J | | |
| 597. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 598. -Microsoft Corp. | B | Dividend | L | T | Sold (part) | 01/14/19 | J | C | |
| 599. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 600. | | | | | Buy (add'l) | 09/20/19 | J | | |
| 601. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 602. -Mid-Amer Apt Cmntys | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 603. -Molson Coors | | None | | | Buy | 08/15/19 | J | | |
| 604. | | | | | Sold | 12/10/19 | J | | |
| 605. -Mondelez Intl | | None | | | Buy | 08/15/19 | J | | |
| 606. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 607. | | | | | Sold | 12/10/19 | J | | |
| 608. -Monster Beverage | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 609. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 610. -Moody's Corp | | None | | | Buy | 09/20/19 | J | | |
| 611. | | | | | Sold | 10/08/19 | J | | |
| 612. -Morgan Stanley | A | Dividend | J | T | Buy | 08/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 614. -Mosaic | | None | | | Buy | 09/20/19 | J | | |
| 615. | | | | | Sold | 10/08/19 | J | | |
| 616. -Motorola Solutions | | None | | | Buy | 09/20/19 | J | | |
| 617. | | | | | Sold | 12/10/19 | J | | |
| 618. -MSCI | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 619. -Mylan | | None | J | T | Buy | 08/15/19 | J | | |
| 620. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 621. | | | | | Sold (part) | 12/10/19 | J | | |
| 622. -Nasdaq | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 623. -National Oilwell Varco | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 624. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 625. -Nektar Therapeutics | | None | | | Buy | 09/20/19 | J | | |
| 626. | | | | | Sold | 10/08/19 | J | | |
| 627. -Newell Rubbermaid | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 628. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 629. -Newmont Mining | A | Dividend | J | T | Buy | 08/15/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. | | | | | Buy (add'l) | 12/10/19 | J | | |
| 631. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 632.  -Netapp | | None | | | Buy | 09/20/19 | J | | |
| 633. | | | | | Sold | 10/08/19 | J | | |
| 634.  -Netflix | | None | J | T | Buy | 08/15/19 | J | | |
| 635. | | | | | Sold | 10/08/19 | J | | |
| 636. | | | | | Buy | 12/10/19 | J | | |
| 637.  -News Corp | | None | | | Buy | 09/20/19 | J | | |
| 638. | | | | | Sold | 10/08/19 | J | | |
| 639.  -Nextera Energy | A | Dividend | J | T | Buy | 02/26/19 | J | | |
| 640. | | | | | Sold (part) | 08/05/19 | J | A | |
| 641. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 642.  -Nielson Hldgs PLC | | None | | | Buy | 08/15/19 | J | | |
| 643. | | | | | Sold | 10/08/19 | J | | |
| 644.  -Nike | | None | | | Buy | 08/15/19 | J | | |
| 645. | | | | | Sold | 10/08/19 | J | | |
| 646.  -Nisource | | None | | | Buy | 08/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 647. | | | | | Sold | 12/10/19 | J | | |
| 648.  -Noble Energy | | None | | | Buy | 08/15/19 | J | | |
| 649. | | | | | Sold | 10/08/19 | J | | |
| 650.  -Nordstrom | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 651.  -Norfolk Southern | | None | | | Buy | 08/15/19 | J | | |
| 652. | | | | | Sold | 10/08/19 | J | | |
| 653.  -Northern Tr. | | None | | | Buy | 08/15/19 | J | | |
| 654. | | | | | Sold | 10/08/19 | J | | |
| 655.  -Northrup Grumman | | None | | | Buy | 10/08/19 | J | | |
| 656. | | | | | Sold | 12/10/19 | J | | |
| 657.  -NortonLifelock | A | Distribution | J | T | Buy | 10/08/19 | J | | |
| 658.  -Norwegian Cruise Line Hldgs | | None | J | T | Buy | 10/08/19 | J | | |
| 659.  -NRG Energy | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 660. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 661.  -Nucor | | None | | | Buy | 08/15/19 | J | | |
| 662. | | | | | Sold | 10/08/19 | J | | |
| 663.  -Nvidia | A | Dividend | J | T | Buy | 01/14/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 664. | | | | | Buy<br>(add'l) | 08/15/19 | J | | |
| 665. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 666. -Occidental Pete | | None | | | Buy | 08/15/19 | J | | |
| 667. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 668. | | | | | Sold | 12/10/19 | J | | |
| 669. -Omnicom Grp | | None | | | Buy | 08/15/19 | J | | |
| 670. | | | | | Sold | 10/08/19 | J | | |
| 671. -Oneok | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 672. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 673. -Oracle | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 674. | | | | | Buy<br>(add'l) | 09/20/19 | J | | |
| 675. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 676. -Paccar | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 677. -Packaging Corp Amer | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 678. -Paychex | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 679. -Paypal Hldgs. | A | Dividend | K | T | Buy | 01/14/19 | J | | |
| 680. | | | | | Buy<br>(add'l) | 02/26/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. | | | | | Buy (add'l) | 03/27/19 | J | | |
| 682. | | | | | Buy (add'l) | 07/16/19 | J | | |
| 683. | | | | | Sold (part) | 08/05/19 | J | B | |
| 684. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 685. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 686. | | | | | Sold (part) | 12/10/19 | J | | |
| 687.  -Parker Hannifin | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 688.  -Peoples Utd Finl | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 689.  -Pepsico | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 690. | | | | | Buy (add'l) | 09/20/19 | J | | |
| 691. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 692. | | | | | Sold (part) | 12/10/19 | J | | |
| 693.  -Perkinelmer | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 694.  -Perrigo | | None | | | Buy | 09/20/19 | J | | |
| 695. | | | | | Sold | 10/08/19 | J | | |
| 696.  -Pfizer | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 697. | | | | | Buy (add'l) | 09/20/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 698. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 699.  -Philip Morris | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 700. | | | | | Sold | 09/20/19 | J | | |
| 701. | | | | | Buy | 12/10/19 | J | | |
| 702.  -Phillips 66 | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 703. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 704.  -Pioneer Nat Res | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 705.  -PNC Finl Sys Grp | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 706. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 707.  -PPG Inds | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 708.  -PPL | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 709. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 710.  -Price T Rowe | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 711. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 712.  -Principal Finl Grp | | None | | | Buy | 08/15/19 | J | | |
| 713. | | | | | Sold | 10/08/19 | J | | |
| 714.  -Procter & Gamble | A | Dividend | J | T | Buy | 08/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 715. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 716.  -Progressive | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 717. | | | | | Sold | 09/20/19 | J | | |
| 718. | | | | | Buy | 12/10/19 | J | | |
| 719.  -Prologis | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 720. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 721.  -Prudential Finl Grp | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 722. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 723.  -Public Svc Ent. Grp | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 724. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 725. | | | | | Sold<br>(part) | 12/10/19 | J | | |
| 726.  -Public Storage | | None | | | Buy | 10/08/19 | J | | |
| 727. | | | | | Sold | 12/10/19 | J | | |
| 728.  -PulteGroup | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 729.  -Qualcom | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 730. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 731.  -Quest Diagnostics | | None | | | Buy | 09/20/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. | | | | | Sold | 10/08/19 | J | | |
| 733. -Raymond James Finl | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 734. -Raytheon | A | Dividend | J | T | Buy (add'l) | 01/14/19 | J | | |
| 735. | | | | | Sold (part) | 07/24/19 | J | B | |
| 736. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 737. -Realty Income | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 738. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 739. | | | | | Sold (part) | 12/10/19 | J | | |
| 740. -Regeneron Pharmaceuticals | A | Dividend | J | T | Buy (add'l) | 10/08/19 | J | | |
| 741. -Regions Finl Corp | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 742. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 743. -Repulblic Svcs | | None | | | Buy | 08/15/19 | J | | |
| 744. | | | | | Sold | 09/20/19 | J | | |
| 745. -Resmed | A | Dividend | J | T | Buy | 09/20/19 | J | | |
| 746. -Robert Half Intl | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 747. -Rockwell Automation | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 748. -Rollins | | None | | | Buy | 09/20/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 749. | | | | | Sold | 10/08/19 | J | | |
| 750.  -Roper Technologies | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 751.  -Ross Stores | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 752.  -S & P Global | A | Dividend | | | Buy | 08/15/19 | J | | |
| 753. | | | | | Sold | 09/20/19 | J | | |
| 754.  -Salesforce Com. Inc. | | None | K | T | Sold<br>(part) | 01/14/19 | J | A | |
| 755. | | | | | Buy<br>(add'l) | 08/15/19 | J | | |
| 756. | | | | | Buy<br>(add'l) | 09/20/19 | J | | |
| 757. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 758.  -SBA Communications | | None | | | Buy | 10/08/19 | J | | |
| 759. | | | | | Sold | 12/10/19 | J | | |
| 760.  -Schein Henry | | None | J | T | Buy | 09/20/19 | J | | |
| 761.  -Schlumberger Ltd. | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 762. | | | | | Sold | 10/08/19 | J | | |
| 763. | | | | | Buy | 12/10/19 | J | | |
| 764.  -Schwab Charles | A | Dividend | J | T | Sold<br>(part) | 01/14/19 | J | A | |
| 765. | | | | | Sold<br>(part) | 07/16/19 | J | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 766. | | | | | Buy<br>(add'l) | 08/15/19 | J | | |
| 767. | | | | | Sold | 10/08/19 | J | | |
| 768. | | | | | Buy | 12/10/19 | J | | |
| 769.  -Seagate Tech | | None | | | Buy | 09/20/19 | J | | |
| 770. | | | | | Sold | 10/08/19 | J | | |
| 771.  -Sealed Air | | None | | | Buy | 08/15/19 | J | | |
| 772. | | | | | Sold | 09/20/19 | J | | |
| 773.  -Sempra Energy | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 774.  -Sherwin Williams | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 775.  -Simon Pprty Grp | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 776. | | | | | Sold | 10/08/19 | J | | |
| 777. | | | | | Buy | 12/10/19 | J | | |
| 778.  -Skyworks Solutions | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 779.  -SL Green Rlty | A | Dividend | J | T | Buy | 12/10/19 | J | | |
| 780.  -Smith A O | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 781.  -Smucker | A | Dividend | J | T | Buy | 12/10/19 | J | | |
| 782.  -Sourthern | A | Dividend | J | T | Buy | 08/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 783.  -Southwest Airls | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 784. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 785. | | | | | Buy<br>(add'l) | 12/10/19 | J | | |
| 786.  -SPDR S&P Dividend ETF | C | Int./Div. | M | T | | | | | |
| 787.  -SPDR S&P 500 ETF | B | Int./Div. | L | T | Open | 06/25/19 | L | | |
| 788.  -Square | | None | | | Buy | 02/26/19 | J | | |
| 789. | | | | | Sold | 08/05/19 | J | A | |
| 790.  -Stanely Black & Decker | A | Dividend | K | T | Buy | 10/08/19 | J | | |
| 791.  -Starbucks | A | Dividend | K | T | Sold<br>(part) | 01/14/19 | J | A | |
| 792. | | | | | Buy<br>(add'l) | 08/15/19 | J | | |
| 793. | | | | | Sold<br>(part) | 09/20/19 | J | | |
| 794. | | | | | Sold<br>(part) | 10/08/19 | J | | |
| 795. | | | | | Buy<br>(add'l) | 12/10/19 | J | | |
| 796.  -State Str Corp | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 797. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 798.  -Stryker | | None | | | Buy | 08/15/19 | J | | |
| 799. | | | | | Sold | 10/08/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Drain, Robert D. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800.  -Suntrust Bks | | None | | | Buy | 08/15/19 | J | | |
| 801. | | | | | Sold | 10/08/19 | J | | |
| 802.  -Symantic | | None | | | Buy | 08/15/19 | J | | |
| 803. | | | | | Sold | 10/08/19 | J | | |
| 804.  -Synchrony Finl | | None | | | Buy | 08/15/19 | J | | |
| 805. | | | | | Buy (add'l) | 09/20/19 | J | | |
| 806. | | | | | Sold | 10/08/19 | J | | |
| 807.  -Synopsys | | None | | | Buy | 09/20/19 | J | | |
| 808. | | | | | Sold | 12/10/19 | J | | |
| 809.  -Sysco | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 810. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 811.  -Take-Two Interactive Software | | None | J | T | Buy | 10/08/19 | J | | |
| 812.  -Tapestry | A | Dividend | | | Buy | 08/15/19 | J | | |
| 813. | | | | | Sold | 09/20/19 | J | | |
| 814.  -Target | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 815. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 816.  -TechniPFMC PlC | | | | | Buy | 08/15/19 | J | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 817. | | | | | Sold | 09/20/19 | J | | |
| 818. -TE Connectivity | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 819. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 820. -Texas Instr. | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 821. | | | | | Buy<br>(add'l) | 09/20/19 | J | | |
| 822. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 823. | | | | | Sold<br>(part) | 12/10/19 | J | | |
| 824. -Textron | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 825. -Thermo Fisher Scientific | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 826. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 827. -Tiffany & Co | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 828. -TJX Cos. | A | Dividend | K | T | Sold<br>(part) | 01/14/19 | J | A | |
| 829. | | | | | Buy | 08/15/19 | J | | |
| 830. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 831. -T-Mobile | | None | J | T | Buy | 08/15/19 | J | | |
| 832. -Tractor Supply Co. | A | Dividend | J | T | Buy | 09/20/19 | J | | |
| 833. -Travellers | | None | | | Buy | 10/08/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. | | | | | Sold | 12/10/19 | J | | |
| 835. -TripAdvisor | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 836. | | | | | Sold (part) | 12/10/19 | J | | |
| 837. -Truist Finl Corp | A | Dividend | J | T | Buy | 12/10/19 | J | | |
| 838. -Twitter | | None | | | Buy | 08/15/19 | J | | |
| 839. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 840. | | | | | Sold | 12/10/19 | J | | |
| 841. -Tyson Foods | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 842. | | | | | Sold | 10/08/19 | J | | |
| 843. | | | | | Buy | 12/10/19 | J | | |
| 844. -UDR | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 845. | | | | | Buy (add'l) | 12/10/19 | J | | |
| 846. -Under Armour Cl A | | None | | | Buy | 09/20/19 | J | | |
| 847. | | | | | Sold | 10/08/19 | J | | |
| 848. -Under Armour Cl C | | None | | | Buy | 09/20/19 | J | | |
| 849. | | | | | Sold | 10/08/19 | J | | |
| 850. -Union Pacific | B | Dividend | L | T | Buy (add'l) | 08/15/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. | | | | | Sold (part) | 10/08/19 | J | | |
| 852. | | | | | Buy (add'l) | 12/10/19 | J | | |
| 853.   -United Airlines Hldgs | | None | J | T | Buy | 10/08/19 | J | | |
| 854.   -United Parcel Cl B | A | Dividend | K | T | Sold (part) | 01/14/19 | J | | |
| 855. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 856. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 857.   -UnitedHealth Grp. | A | Dividend | J | T | Buy | 01/16/19 | J | | |
| 858. | | | | | Sold | 08/05/19 | J | | |
| 859. | | | | | Buy | 09/20/19 | J | | |
| 860. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 861.   -United Rentals | | None | J | T | Buy | 10/08/19 | J | | |
| 862.   United Technologies | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 863.   -Universal Health Sys | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 864.   -Unum Grp | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 865.   -US Bancorp | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 866. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 867.   -Valero Energy | A | Dividend | J | T | Buy | 08/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 869. -Vanguard Large-Cap ETF | C | Int./Div. | M | T | | | | | |
| 870. -Vanguard S&P 500 ETF | C | Int./Div. | M | T | Buy | 01/16/19 | M | | |
| 871. -Ventas | A | Dividend | | | Buy | 08/15/19 | J | | |
| 872. | | | | | Sold | 12/10/19 | J | | |
| 873. -Varian Med Sys | | None | J | T | Buy | 10/08/19 | J | | |
| 874. -Verisign | | None | J | T | Buy | 10/08/19 | J | | |
| 875. -Verisk Analytics | | None | | | Buy | 09/20/19 | J | | |
| 876. | | | | | Sold | 10/08/19 | J | | |
| 877. -Verizon Com. | A | Dividend | K | T | Buy (add'l) | 01/14/19 | J | | |
| 878. | | | | | Open | 06/25/19 | K | | |
| 879. | | | | | Sold (part) | 07/24/19 | J | A | |
| 880. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 881. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 882. -Vertex Pharmaceuiticals | | None | J | T | Buy (add'l) | 01/14/19 | J | | |
| 883. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 884. | | | | | Sold (part) | 09/20/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 885.  -V F Corp. | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 886. | | | | | Buy<br>(add'l) | 12/10/19 | J | | |
| 887.  -Viacom Cl B | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 888. | | | | | Sold | 09/20/19 | J | | |
| 889. | | | | | Buy | 12/10/19 | J | | |
| 890.  -Visa | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 891. | | | | | Sold<br>(part) | 09/20/19 | J | | |
| 892. | | | | | Buy<br>(add'l) | 12/10/19 | J | | |
| 893.  -Vulcan Metals | | None | | | Buy | 10/08/19 | J | | |
| 894. | | | | | Sold | 12/10/19 | J | | |
| 895.  -Wabtec | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 896.  -Walgreens Boots Alliance | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 897. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 898.  -Walmart | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 899. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 900.  -Waste Mgmt | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 901. | | | | | Sold | 09/20/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. | | | | | Buy | 12/10/19 | J | | |
| 903. -Waters Corp | | None | J | T | Buy | 10/08/19 | J | | |
| 904. -WEC Energy Grp | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 905. | | | | | Buy (add'l) | 12/10/19 | J | | |
| 906. -Wellcare Grp | | None | J | T | Buy | 10/08/19 | J | | |
| 907. -Wells Fargo & Co. New Com | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 908. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 909. -Welltower | | None | | | Buy | 08/15/19 | J | | |
| 910. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 911. | | | | | Sold | 12/10/19 | J | | |
| 912. -Western Digital | | None | | | Buy | 08/15/19 | J | | |
| 913. | | | | | Sold | 12/10/19 | J | | |
| 914. -Western Union | A | Dividend | J | T | Buy | 09/20/19 | J | | |
| 915. -Westrock | | None | | | Buy | 09/20/19 | J | | |
| 916. | | | | | Sold | 10/08/19 | J | | |
| 917. -Weyerhaeuser | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 918. | | | | | Buy (add'l) | 10/08/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. -Whirlpool | | None | | | Buy | 10/08/19 | J | | |
| 920. | | | | | Sold | 12/10/19 | J | | |
| 921. -Williams Cos. | | None | | | Buy | 08/15/19 | J | | |
| 922. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 923. | | | | | Sold | 12/10/19 | J | | |
| 924. -Willis Towers Watson | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 925. -Wynn Resorts | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 926. -Xcel Energy | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 927. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 928. | | | | | Sold (part) | 12/10/19 | J | | |
| 929. -Xerox Hldgs | | None | | | Buy | 09/20/19 | J | | |
| 930. | | | | | Sold | 10/08/19 | J | | |
| 931. -Xilinx | | None | | | Buy | 08/15/19 | J | | |
| 932. | | | | | Sold | 09/20/19 | J | | |
| 933. -Xylem | | None | | | Buy | 08/15/19 | J | | |
| 934. | | | | | Sold | 10/08/19 | J | | |
| 935. -Yum Brands | | None | | | Buy | 08/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 937. | | | | | Sold | 12/10/19 | J | | |
| 938.  -Zimmer Biomet Hldgs | | None | | | Buy | 08/15/19 | J | | |
| 939. | | | | | Sold | 10/08/19 | J | | |
| 940.  -Zions Bancorporation | A | Dividend | J | T | Buy | 08/15/19 | J | | |
| 941.  -Zoetis Inc. | A | Dividend | K | T | Sold (part) | 01/14/19 | J | A | |
| 942. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 943. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 944.  -3M | A | Distribution | J | T | Buy | 08/15/19 | J | | |
| 945. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 946.  -Agilent Technologies | A | Dividend | J | T | Sold (part) | 08/05/19 | J | A | |
| 947. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 948. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 949.  -Albemarle Corp. | A | Dividend | | | Buy | 01/16/19 | J | | |
| 950.  . | | | | | Sold (part) | 05/31/19 | J | | |
| 951. | | | | | Sold | 06/04/19 | J | | |
| 952. | | | | | Buy | 10/08/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 953. | | | | | Sold | 12/10/19 | J | | |
| 954.  -Amphenol | A | Dividend | K | T | Sold (part) | 01/14/19 | J | A | |
| 955. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 956. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 957.  -Booz Allen Hamilton Hldg. | A | Dividend | K | T | Buy | 01/16/19 | J | | |
| 958. | | | | | Buy (add'l) | 07/16/19 | J | | |
| 959. | | | | | Buy (add'l) | 07/17/19 | J | | |
| 960.  -Church & Dwight | A | Dividend | J | T | Sold (part) | 01/14/19 | J | A | |
| 961. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 962. | | | | | Sold (part) | 09/20/19 | J | | |
| 963. | | | | | Buy (add'l) | 12/10/19 | J | | |
| 964.  -Cimarex Energy | A | Dividend | J | T | Buy | 01/16/19 | J | | |
| 965. | | | | | Sold (part) | 02/26/19 | J | A | |
| 966. | | | | | Sold | 02/27/19 | J | A | |
| 967. | | | | | Buy | 10/08/19 | J | | |
| 968.  -Hasbro | | None | | | Buy | 01/16/19 | J | | |
| 969. | | | | | Sold | 02/26/19 | J | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Drain, Robert D. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 970. | | | | | Buy | 10/08/19 | J | | |
| 971. | | | | | Sold | 12/10/19 | J | | |
| 972.  -Hunt JB Trans. | A | Dividend | J | T | Sold (part) | 01/14/19 | J | A | |
| 973. | | | | | Sold | 07/16/19 | J | B | |
| 974. | | | | | Buy | 10/08/19 | J | | |
| 975.  -Idex Corp. | A | Dividend | J | T | Buy | 07/16/19 | J | | |
| 976.  -Jacobs Engr Grp | A | Dividend | K | T | Sold (part) | 01/14/19 | J | A | |
| 977.  -Leidos Hldgs | A | Dividend | K | T | Sold (part) | 01/14/19 | J | A | |
| 978. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 979.  -Sm Energy | | None | | | Buy | 01/16/19 | J | | |
| 980. | | | | | Sold (part) | 02/26/19 | J | | |
| 981. | | | | | Sold | 02/27/19 | J | | |
| 982.  -Teladoc | | None | K | T | Sold (part) | 01/14/19 | J | A | |
| 983. | | | | | Sold (part) | 02/26/19 | J | A | |
| 984. | | | | | Sold (part) | 08/05/19 | J | B | |
| 985. | | | | | Sold (part) | 11/04/19 | J | C | |
| 986.  -Vanguard Mid-Cap ETF | C | Int./Div. | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987.  -Wabco Hldgs | A | Dividend | | | Sold | 08/05/19 | J | B | |
| 988.  -Wabtec | | None | | | Open | 06/25/19 | J | | |
| 989. | | | | | Sold | 07/24/19 | J | | |
| 990.  -Advansix | | None | | | Open | 06/25/19 | J | | |
| 991. | | | | | Sold | 07/24/19 | J | | |
| 992.  -Garrett Motion | | None | | | Open | 06/25/19 | J | | |
| 993. | | | | | Sold | 07/24/19 | J | | |
| 994.  -Residio Technologies | | None | | | Open | 06/25/19 | J | | |
| 995. | | | | | Sold | 07/24/19 | J | | |
| 996.  -Accenture PLC Cl A | A | Dividend | K | T | Sold (part) | 01/14/19 | J | | |
| 997. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 998. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 999.  -Anheuser Busch Inbev | A | Dividend | | | Buy (add'l) | 01/16/19 | J | | |
| 1000. | | | | | Sold | 07/29/19 | J | B | |
| 1001. -Asahi Grp | | None | | | Buy (add'l) | 01/18/19 | J | | |
| 1002. | | | | | Sold | 07/29/19 | J | A | |
| 1003. -BP PLC | A | Dividend | | | Buy | 02/27/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1004. | | | | | Buy (add'l) | 06/03/19 | J | | |
| 1005. | | | | | Buy (add'l) | 06/03/19 | J | | |
| 1006. | | | | | Sold | 07/29/19 | J | | |
| 1007. -Core Labs | | None | | | Buy | 01/14/19 | J | | |
| 1008. | | | | | Sold (part) | 06/03/19 | J | | |
| 1009. | | | | | Sold | 06/04/19 | J | | |
| 1010. -Danone | | None | | | Buy (add'l) | 01/17/19 | J | | |
| 1011. | | | | | Sold | 07/29/19 | J | B | |
| 1012. -Dassault Systemes | | None | | | Sold (part) | 02/27/19 | J | B | |
| 1013. | | | | | Sold | 07/29/19 | J | D | |
| 1014. -DBS Group Hldgs | | None | J | T | Buy (add'l) | 02/27/19 | J | | |
| 1015. | | | | | Buy (add'l) | 02/27/19 | J | | |
| 1016. | | | | | Sold (part) | 07/30/19 | J | A | |
| 1017. -Diageo ADR | | None | | | Sold | 07/29/19 | J | D | |
| 1018. -Fanuc Corp. | | | | | Buy (add'l) | 01/18/19 | J | | |
| 1019. | | | | | Sold | 07/30/19 | J | B | |
| 1020. -Ingersoll-Rand Ireland | A | Dividend | J | T | Buy (add'l) | 01/14/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1021. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 1022. | | | | | Sold (part) | 10/08/19 | J | | |
| 1023. -Keyence Corp. | | None | | | Sold (part) | 02/27/19 | J | C | |
| 1024. | | | | | Sold | 07/30/19 | J | D | |
| 1025. LVMH Moet ADR | A | Dividend | | | Buy | 01/16/19 | J | | |
| 1026. | | | | | Sold | 07/29/19 | J | C | |
| 1027. -LyondellBasell | A | Dividend | K | T | Sold (part) | 01/14/19 | J | A | |
| 1028. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 1029. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 1030. -Nidec Corp. | | None | | | Sold | 07/30/19 | J | D | |
| 1031. -Novozymes | | None | | | Sold | 07/29/19 | J | B | |
| 1032. -Onex | | None | | | Sold | 07/29/19 | J | B | |
| 1033. -Roche Hldgs | | None | | | Sold | 07/29/19 | J | A | |
| 1034. -Softbank | | None | | | Sold (part) | 02/28/19 | J | A | |
| 1035. | | | | | Sold | 07/30/19 | J | C | |
| 1036. -Vanguard Total World Stock Index | | None | | | Sold | 01/16/19 | M | | |
| 1037. -Alibaba ADS | | None | J | T | Sold (part) | 01/14/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1038. | | | | | Sold<br>(part) | 02/26/19 | J | B | |
| 1039. | | | | | Sold<br>(part) | 07/29/19 | J | D | |
| 1040. -China Communications Const. Co. Ltd. | | None | | | Buy<br>(add'l) | 01/17/19 | J | | |
| 1041. | | | | | Sold<br>(part) | 06/03/19 | J | | |
| 1042. | | | | | Sold<br>(part) | 06/04/19 | J | | |
| 1043. | | | | | Sold<br>(part) | 06/10/19 | J | | |
| 1044. | | | | | Sold<br>(part) | 06/11/19 | J | | |
| 1045. | | | | | Sold<br>(part) | 06/12/19 | J | | |
| 1046. | | | | | Sold | 06/13/19 | J | | |
| 1047. -Icici Bank ltd ADR | | None | | | Sold | 07/29/19 | J | C | |
| 1048. -Tencent Hldgs | | None | | | Sold | 07/29/19 | J | D | |
| 1049. -Col. Bond Fd. | C | Interest | M | T | Open | 06/25/19 | M | | |
| 1050. -Col. Short Term Bond Fd | B | Interest | L | T | Open | 06/25/19 | L | | |
| 1051. -Barclays Bk Sr. Nt. UK | B | Interest | K | T | Open | 06/25/19 | K | | |
| 1052. -NY NY Go Ref BDS | B | Interest | | | Matured | 08/01/19 | L | | |
| 1053. -North Hempstead NY Pub Impt BDS | C | Interest | L | T | | | | | |
| 1054. -Port Auth NY & NJ CONS BDS OID 2012 | B | Interest | | | Matured | 09/16/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1055. -NY St. Dorm Auth Pers BDS 2022 | B | Interest | | | Sold | 03/05/19 | L | | |
| 1056. -Syracuse Pub Impt BDS | C | Interest | M | T | | | | | |
| 1057. -BofA Tax Exempt Reserves | A | Interest | J | T | | | | | |
| 1058. -Blackrock Liquidity Fed Fund | D | Interest | O | T | | | | | |
| 1059. US Trust managed IRA Rollover Account (no control); see lines 143-204 | D | Int./Div. | P1 | T | | | | | |
| 1060. -BofA Money Market Savings | B | Interest | M | T | | | | | |
| 1061. -Diamond Hill Fds | A | Dividend | L | T | Buy | 02/01/19 | K | | |
| 1062. -IShares S&P 100 ETF | B | Dividend | L | T | | | | | |
| 1063. -Col. Select Large Cap Growth Fd Cl Z | | None | M | T | | | | | |
| 1064. -Natixis Loomis Sayles Growth Fd | A | Dividend | L | T | | | | | |
| 1065. -Oakmark Select Fd Cl 1 | | None | | | Sold | 02/01/19 | K | A | |
| 1066. -Vanguard S&P 500 ETF | B | Dividend | L | T | | | | | |
| 1067. -Baird Midcap Fd Instl | | None | K | T | Buy (add'l) | 02/01/19 | K | | |
| 1068. | | | | | Sold (part) | 08/29/19 | J | A | |
| 1069. -IShares Russell Mid Cap ETF | A | Int./Div. | L | T | Sold (part) | 02/04/19 | K | B | |
| 1070. -MFS Mid Cap Value Fd Cl 1 | A | Dividend | K | T | Buy (add'l) | 02/01/19 | K | | |
| 1071. -Conestoga Small Cap Fd | | None | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1072. -IShares Russell 2000 ETF | A | Dividend | K | T | | | | | |
| 1073. -Wells Fargo Special Small Cap Value Fd | A | Dividend | K | T | Buy<br>(add'l) | 02/01/19 | J | | |
| 1074. -Harding Loevner Fds Intl Equity | A | Dividend | K | T | Buy<br>(add'l) | 10/11/19 | J | | |
| 1075. -Oakmark Intl Fd | A | Dividend | K | T | Buy<br>(add'l) | 02/01/19 | J | | |
| 1076. -Vanguard FTSE Developed Markets ETF | B | Int./Div. | L | T | | | | | |
| 1077. -Hartford Mut Fds II Schroders Emerging Mkts | B | Dividend | L | T | Buy<br>(add'l) | 02/01/19 | K | | |
| 1078. -Neuberger Berman Long Short Fund | | None | K | T | Sold<br>(part) | 02/01/19 | J | | |
| 1079. -Vanguard FTSE Emerging Markets ETF | B | Dividend | K | T | Sold<br>(part) | 02/04/19 | K | A | |
| 1080. -IShares Core US Aggregate Bond ETF | | None | | | Sold | 02/04/19 | J | | |
| 1081. -Abbey Capital Futures Strategy Fd | A | Dividend | J | T | Sold<br>(part) | 02/01/19 | J | | |
| 1082. | | | | | Sold<br>(part) | 08/29/19 | J | A | |
| 1083. -AQR Long-Short Equity Fd | A | Dividend | K | T | Buy | 05/01/19 | K | | |
| 1084. -Blackrock Event Driven Equity Fd | A | Dividend | K | T | Buy | 05/01/19 | K | | |
| 1085. -PIMCO Unconstrained Bd Fd | A | Dividend | J | T | Buy | 05/01/19 | J | | |
| 1086. -Blackrock Strategic Income Opportunities | A | Dividend | K | T | Sold<br>(part) | 02/01/19 | J | | |
| 1087. | | | | | Sold<br>(part) | 05/01/19 | K | | |
| 1088. -Boston Parners Long Short Res Fd | | None | | | Sold<br>(part) | 02/01/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1089. | | | | | Sold | 05/01/19 | K | | |
| 1090. -Legg Mason BW Absolute Return Opp. Fd | | None | | | Sold | 02/01/19 | J | | |
| 1091. -The Merger Fd | | None | | | Sold (part) | 02/01/19 | J | | |
| 1092. | | | | | Sold | 05/01/19 | K | A | |
| 1093. -Credit Suisse Commodity-Return Fd | A | Dividend | K | T | Sold (part) | 02/01/19 | J | | |
| 1094. | | | | | Buy (add'l) | 05/01/19 | J | | |
| 1095. -Apple Sr Unsecd Nt | A | Interest | K | T | | | | | |
| 1096. -Berkshire Hathaway Fin Corp Gtd Sr Nt. | B | Interest | L | T | | | | | |
| 1097. -Goldman Sachs Sr. Unsecured Nt | A | Interest | K | T | | | | | |
| 1098. -JPMorgan Chase Sr Unsecd Nt | A | Interest | K | T | | | | | |
| 1099. -CMG Ultra Short Term Bond Fd | C | Interest | M | T | | | | | |
| 1100. Fifth Third Bancorp common | A | Int./Div. | J | T | | | | | |
| 1101. US Trust IRA (no control); see lines 207-215 | D | Int./Div. | N | T | | | | | |
| 1102. -BofA Money Market | A | Interest | L | T | | | | | |
| 1103. -SPDR S&P Div. ETF | B | Int./Div. | L | T | | | | | |
| 1104. -SPDR S&P 500 ETF | C | Int./Div. | M | T | | | | | |
| 1105. -Vanguard Index Tr Total Stk Mkt | D | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1106. -Vanguard Mid-Cap ETF | A | Int./Div. | J | T | | | | | |
| 1107. -Vanguard Small-Cap ETF | A | Dividend | J | T | | | | | |
| 1108. -US Treas Strips | A | Interest | L | T | | | | | |
| 1109. -Col. Select Large Cap Growth Fd Cl. Z | | None | L | T | | | | | |
| 1110. -CMG Ultra Short Term Bond Fd | B | Interest | L | T | | | | | |
| 1111. US Trust Managed Trust Inv. Account; see lines 21-233 | C | Int./Div. | | | Distributed | 06/25/19 | | | |
| 1112. -BofA money market sav. account | A | Interest | | | Distributed (part) | 06/25/19 | L | | |
| 1113. | | | | | Closed | 08/16/19 | J | | |
| 1114. -AT&T Inc. | B | Dividend | | | Distributed | 06/25/19 | K | | |
| 1115. -Cigna Corp. | A | Dividend | | | Distributed | 06/25/19 | J | | |
| 1116. -Express Scripts Hldg | | None | | | Merged (with line 1115) | 02/06/19 | J | B | |
| 1117. -Exxon Mobil | A | Dividend | | | Distributed | 06/25/19 | J | | |
| 1118. -General Elec | A | Dividend | | | Distributed | 06/25/19 | J | | |
| 1119. -Honeywell Intl | B | Dividend | | | Distributed | 06/25/19 | M | | |
| 1120. -SPDR S&P 500 ETF | B | Interest | | | Distributed | 06/25/19 | M | | |
| 1121. -Verizon Comm. | B | Dividend | | | Distributed | 06/25/19 | K | | |
| 1122. -Advansix Inc. | | None | | | Distributed | 06/25/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1123. -Garrett Motion | | None | | | Distributed | 06/25/19 | J | | |
| 1124. -Residio Technologies | | None | | | Distributed | 06/25/19 | J | | |
| 1125. -Wabtec Corp. | A | Dividend | | | Spinoff (from line 1118) | 02/26/19 | J | | |
| 1126. | | | | | Distributed | 06/25/19 | J | | |
| 1127. -Wal-Mart Sr. Unsecd NT | B | Interest | | | Matured | 02/01/19 | K | | |
| 1128. -Col. Bond Fund Instl 3 | C | Interest | | | Distributed | 06/25/19 | N | | |
| 1129. -Col. Short Term Bond Fund Instl 3 | C | Interest | | | Distributed | 06/25/19 | M | | |
| 1130. -Barclays BK Sr. NT UK | | None | | | Distributed | 06/25/19 | L | | |
| 1131. Merit Energy Co. gas rights Big Horn County, Wyo. | D | Royalty | L | W | | | | | |
| 1132. US Trust core checking account 1 | | None | K | T | | | | | |
| 1133. US Trust Core checking account 2 | | None | K | T | | | | | |
| 1134. NYS 529 savings program #1-Moderate Age-Based Option Income Portfolio | B | Int./Div. | J | T | | | | | |
| 1135. NYS 529 savings program #2-Moderate Age-Based Option Income Portfolio | B | Int./Div. | J | T | | | | | |
| 1136. NYS 529 savings program #3-Moderate Age-Based Option Income Portfolio | C | Int./Div. | J | T | Distributed (part) | 01/31/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.  Investments and Trusts, line 3: account transferred to lines 370 and 1058.

Part VII.  Investments and Trusts, lines 5, 1058, 1100 and 1111 are managed investment accounts that contain the investments that follow them.

Part VII.  Investments and Trusts, line 1110.  This account comprised the trust of which I am trustee (see Part I, line 5).  The trust assets were distributed on 6/25/19.

Part VII.  Investments and Trusts, lines 96, 200, 355 403, 451, 786, 876, 987, 989, 991, 993, 1048, 1049, and 1050 reflect distribution/transfer from lines 1113, 1114, 1116, 1117, 1118, 1119, 1120, 1124, 1121, 1122, 1123, 1127, 1128, and 1129.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert D. Drain**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544